No. 294. HENRY CLAY PIERCE *v.* W. J. BARKER, J. W. TARTAR, AND INDUSTRIAL COMMISSION OF WISCONSIN. Error to the Supreme Court of the State of Wisconsin. Argued April 25, 1927. Decided May 2, 1927. *Per Curiam.* Affirmed on the authority of *Booth Fisheries Co.* v. *Industrial Commission of Wisconsin,* 271 U. S. 208. *Messrs. Clarence J. Hartley and J. A. Fowler* for plaintiff in error, submitted. *Mr. T. L. McIntosh,* with whom *Mr. Herman L. Ekern* was on the brief, for defendants in error.

No. 295. FORT WORTH & DENVER CITY RAILWAY *v.* STATE OF TEXAS. Error to the Court of Civil Appeals, Seventh Supreme Judicial District, State of Texas. Argued April 25, 1927. Decided May 2, 1927. *Per Curiam.* Dismissed as frivolous on the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; and *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 671. *Mr. Rush H. Holland,* with whom *Messrs. Ellis Douthit, J. H. Barwise, George E. Strong,* and *J. D. Dooley* were on the brief, for plaintiff in error. *Messrs. Claude Pollard, Garnett May,* and *D. A. Simmons* were on the brief for the State of Texas.